UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

FAITH TOWNSEND,

    Plaintiff,

vs.

ROCKWELL AUTOMATION,

    Defendant.

------------------------------------------------------

Case No. 1:18-cv-2742

OPINION & ORDER
[Resolving Doc. 20]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Faith Townsend alleged she suffered racial discrimination while working for Defendant Rockwell Automation and brought claims under Title VII.[1] These claims related to two Equal Employment Opportunity Commission ("EEOC") charges.[2]

The Court dismissed Townsend's claims relating to the first charge as untimely.[3] On the second charge, Townsend did not show that she had exhausted her administrative remedies by first obtaining an EEOC right-to-sue letter. Thus, the Court dismissed claims relating to the second charge without prejudice.[4]

Plaintiff Townsend now moves to reopen the case, EEOC right-to-sue letter in hand.[5] The Court **GRANTS** Plaintiff's motion to reopen and **REOPENS** the case for those claims

---

[1] Doc. 1. Plaintiff also brought claims under 42 U.S.C. § 1983. However, the Court dismissed those claims as Townsend failed to allege the case involved state action. Doc. 10 at 3.
[2] *Id.*
[3] Doc. 17 at 3.
[4] *Id.*
[5] Doc. 20. Defendant does not oppose.

Case No. 1:18-cv-2742
Gwin, J.

authorized by the September 25, 2018 EEOC right-to-sue letter.

    IT IS SO ORDERED.

Dated: June 17, 2019          *s/     James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE